| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter   11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Wall Street Languages Ltd |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA   Rennert Bilingual
DBA   Rennert Bilingual Translation Group
DBA   Rennert New York
DBA   Rennert Translation Group |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 13-3671985 |
| **4.** | **Debtor's address** | **Principal place of business**

211 E. 43rd Street, 19th Floor
New York, NY 10017
Number, Street, City, State & ZIP Code

New York
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.rennert.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____ |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor __Wall Street Languages Ltd__      Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor   Wall Street Languages Ltd _____   Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

  ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

  ■ No
  ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

  ☐ It needs to be physically secured or protected from the weather.

  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  ☐ Other _____

  **Where is the property?** _____
                            Number, Street, City, State & ZIP Code

  **Is the property insured?**
  ☐ No
  ☐ Yes.   Insurance agency _____
           Contact name    _____
           Phone           _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

  ■ Funds will be available for distribution to unsecured creditors.
  ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

  ■ 1-49              ☐ 1,000-5,000       ☐ 25,001-50,000
  ☐ 50-99             ☐ 5001-10,000       ☐ 50,001-100,000
  ☐ 100-199           ☐ 10,001-25,000     ☐ More than 100,000
  ☐ 200-999

**15. Estimated Assets**

  ■ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
  ☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
  ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
  ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

  ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
  ☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
  ■ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
  ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  Wall Street Languages Ltd
        Name                                                                          Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 24, 2018
              MM / DD / YYYY

**X** /s/ Cesar Rennert                                      Cesar Rennert
Signature of authorized representative of debtor             Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Dawn Kirby                                         Date   May 24, 2018
Signature of attorney for debtor                                    MM / DD / YYYY

Dawn Kirby
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone  (914) 681-0200     Email address

2733004 , NY NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Wall Street Languages Ltd

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 24, 2018      X  /s/ Cesar Rennert
                                  Signature of individual signing on behalf of debtor

                                  Cesar Rennert
                                  Printed name

                                  President
                                  Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: Wall Street Languages Ltd
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| YMCA Guest Rooms Attn: Janet LoCurto 224 East 47th Street New York, NY 10017 | | | | | | $245,410.72 |
| Newmark & Company Real Estate 125 Park Avenue, 11th Floor New York, NY 10017 | | | | | | $40,894.20 |
| Ricardo Belotti Consultoria Empresarial Rua Prof. Novo Gomes 170 04548 Sao Paulo, SP Brazil | | | | | | $32,000.00 |
| Louis Nardon CPA 155 E. 38th Street New York, NY 10016 | | | | | | $26,250.00 |
| 44th Street Midtown Holdings P.O. Box 203 Emerson, NJ 07630 | | | | | | $8,725.00 |
| 1760 Third Owner LLC 512 7th Avenue, 16th FL New York, NY 10018 | | | | | | $8,522.50 |
| CPS West Side LLC 1123 Broadway , Ste 208 New York, NY 10010 | | | | | | $5,885.38 |
| Hidra Teknik Pazarlama Gumussuyu Mah. Agac. Sok. Cesmes Apt.3 Daire 7 Findikli | | | | | | $4,350.00 |

Debtor  Wall Street Languages Ltd  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Cambridge University Press<br>PO Box 9563<br>New York, NY 10087-4563 | | | | | | $3,640.91 |
| Staples Advantage<br>Dept. NY<br>PO Box 415256<br>Boston, MA 02241-5256 | | | | | | $3,605.95 |
| ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | | | | | | $2,413.88 |
| XTRF Management System Ltd<br>Walerego Slawka 5<br>30-633 Krakow - POLAND | | | | | | $2,388.00 |
| Bauer Office Solutions, Inc.<br>144 East 44th Street 6th Flr<br>New York, NY 10017 | | | | | | $1,886.25 |
| Pearson Education<br>PO Box 409479<br>Atlanta, GA 30384-9479 | | | | | | $1,370.88 |
| CIT<br>21146 Network Place<br>Chicago, IL 60673-1211 | | | | | | $1,347.20 |
| Best Value Janitorial Services<br>c/o Bertha de la torre<br>8751 SW 212 Terrace<br>Miami, FL 33189 | | | | | | $1,200.00 |
| Cengage Learning<br>PO Box 95999<br>Chicago, IL 60694-5999 | | | | | | $1,166.00 |
| Affordable Quality Cleancare<br>41 McBride Avenue<br>White Plains, NY 10603 | | | | | | $1,080.00 |
| Atlantic Broadband<br>P.O. Box 371801<br>Pittsburgh, PA 15250-7801 | | | | | | $713.89 |

| Debtor | Wall Street Languages Ltd | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Golden Touch Transportation<br>32331 collection Certer Drive<br>Chicago, IL 60693-0323 | | | | | | $712.14 |

# United States Bankruptcy Court
### Southern District of New York

In re: Wall Street Languages Ltd
Debtor(s)

Case No.
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cesar Rennert | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 24, 2018

Signature  /s/ Cesar Rennert
Cesar Rennert

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Wall Street Languages Ltd
Debtor(s)

Case No.
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: May 24, 2018

/s/ Cesar Rennert
Cesar Rennert/President
Signer/Title

```
1760 THIRD OWNER LLC
512 7TH AVENUE, 16TH FL
NEW YORK, NY 10018


44TH STREET MIDTOWN HOLDINGS
P.O. BOX 203
EMERSON, NJ 07630


ADP, LLC
PO BOX 842875
BOSTON, MA 02284-2875


AFFORDABLE QUALITY CLEANCARE
41 MCBRIDE AVENUE
WHITE PLAINS, NY 10603


ATLANTIC BROADBAND
P.O. BOX 371801
PITTSBURGH, PA 15250-7801


BAUER OFFICE SOLUTIONS, INC.
144 EAST 44TH STREET 6TH FLR
NEW YORK, NY 10017


BEST VALUE JANITORIAL SERVICES
C/O BERTHA DE LA TORRE
8751 SW 212 TERRACE
MIAMI, FL 33189


CAMBRIDGE UNIVERSITY PRESS
PO BOX 9563
NEW YORK, NY 10087-4563


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CENGAGE LEARNING
PO BOX 95999
CHICAGO, IL 60694-5999


CIT
21146 NETWORK PLACE
CHICAGO, IL 60673-1211
```

```
CPS WEST SIDE LLC
1123 BROADWAY , STE 208
NEW YORK, NY 10010


EDUCATIONAL TESTING SERVICES
PO BOX 371986
PITTSBURGH, PA 15251-7986


FED EX
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


GOLDEN TOUCH TRANSPORTATION
32331 COLLECTION CERTER DRIVE
CHICAGO, IL 60693-0323


HIDRA TEKNIK PAZARLAMA
GUMUSSUYU MAH. AGAC. SOK.
CESMES APT.3 DAIRE 7 FINDIKLI


IRON MOUTAIN
PO BOX 27128
NEW YORK, NY 10087-7128


LOUIS NARDON CPA
155 E. 38TH STREET
NEW YORK, NY 10016


MERIT-KAPLAN
PAINT SUPPLY
237 EAST 44TH STREET
NEW YORK, NY 10017


MORTON WILLIAMS SUPERMARKETS
15 E. KINGSBRIDGE ROAD
BRONX, NY 10468-7501


NEWMARK & COMPANY REAL ESTATE
125 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10017


PEARSON EDUCATION
PO BOX 409479
ATLANTA, GA 30384-9479
```

```
RICARDO BELOTTI
CONSULTORIA EMPRESARIAL
RUA PROF. NOVO GOMES 170
04548 SAO PAULO, SP BRAZIL


STAPLES ADVANTAGE
DEPT. NY
PO BOX 415256
BOSTON, MA 02241-5256


T-MOBILE
P.O. BOX 790047
SAINT LOUIS, MO 63179-0047


XTRF MANAGEMENT SYSTEM LTD
WALEREGO SLAWKA 5
30-633 KRAKOW - POLAND


YMCA GUEST ROOMS
ATTN: JANET LOCURTO
224 EAST 47TH STREET
NEW YORK, NY 10017


YORK SECUTIRY SOLUTIONS
1554 ALTON ROAD
MIAMI BEACH, FL 33139
```

# United States Bankruptcy Court
## Southern District of New York

In re: Wall Street Languages Ltd

Debtor(s)

Case No.

Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wall Street Languages Ltd in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 24, 2018
Date

/s/ Dawn Kirby
Dawn Kirby
Signature of Attorney or Litigant
Counsel for Wall Street Languages Ltd
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200  Fax:(914) 684-0288

**United States Bankruptcy Court**
**Southern District of New York**

In re   Wall Street Languages Ltd                                             Case No.
                              Debtor(s)                                       Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Cesar Rennert, declare under penalty of perjury that I am the President of Wall Street Languages Ltd, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 24th day of May, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Cesar Rennert, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Cesar Rennert, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Cesar Rennert, President of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date   May 24, 2018                                    Signed   */s/ Cesar Rennert*
                                                                Cesar Rennert

Resolution of Board of Directors
of
Wall Street Languages Ltd

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Cesar Rennert, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Cesar Rennert, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that Cesar Rennert, President of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  May 24, 2018                              Signed  */s/ Cesar Rennert*
                                                                                          Cesar Rennert